IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH RUSSELL JUDD, ) | No. C 13-1218 LHK (PR) |
| )  Plaintiff, ) | JUDGMENT |
| )  vs. ) | |
| ) COMMISSIONER OF REVENUE, et al., ) | |
| )  Defendants. ) | |

The Court has dismissed the instant action. A judgment of dismissal without prejudice is entered. The Clerk shall close the file.

IT IS SO ORDERED.

DATED: 6/3/13

LUCY H. KOH
United States District Judge

G:\PRO-SE\LHK\other\Judd218jud.wpd